IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:04CR33-3 |
| | ) | (Financial Litigation Unit) |
| SAMANTHA JONES | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HOOD & THOMPSON ASSOCIATES, INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writs of Continuing Garnishment filed in this case against Defendant Samantha Jones is DISMISSED.

Signed: March 2, 2015

David C. Keesler
United States Magistrate Judge